IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TRACY SOULLIERE
O/B/O N.N.S., A MINOR                                                    PLAINTIFF

V.                              Civil No. 09-2128

MICHAEL J. ASTRUE, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                           DEFENDANT

## ORDER

Plaintiff, on behalf of N.N.S., a minor, has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. After review, it is found that plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 16th day of October 2009:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of October 14, 2009.

The CM/ECF Policies and Procedures Manual adopted by this court states that attorneys should not include sensitive information in any document filed with the Court unless such inclusion is necessary and relevant to the case. *See CM/ECF Policies and Procedures Manual for Civil Filings, at* www.arwd.uscourts.gov. This "sensitive information" includes the names of minor children, which should be redacted to the initials to protect the privacy of the minor. Therefore, the clerk is directed to file only the complaint, redacting the minor's name to initials. The plaintiff is also hereby directed to file a new complaint and documents in support thereof,

redacting the minor's name to his/her initials on or before October 30, 2009. All future pleadings should be filed in like form. No documents filed in CM/ECF shall contain the full name of the minor.

Additionally, the court hereby directs that a copy of the complaint, along with a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant, Michael J. Astrue, Commissioner, Social Security Administration, as well as Eric H. Holder, Jr., U.S. Attorney General, and Mark W. Webb, Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

/s/ Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 16 2009
CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK

AO72A
(Rev. 8/82)